Case Name: CHAPLES, RICHARD LEE JR.
           CHAPLES, DEBRA CAROLINE
Case No:   08-71379

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 23, 2008        WILLIAM T. NEARY
                                         United States Trustee, Region 11


                              BY:   */s/ Carole J. Ryczek*
                                         CAROLE J. RYCZEK
                                         Attorney for the U.S. Trustee