```
                                                                  FILED
                                                         UNITED STATES BANKRUPTCY COURT
                                                           NORTHERN DISTRICT OF ILLINOIS

                                                                DEC 2 3 2008
          UNITED STATES BANKRUPTCY COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS  KENNETH S. GARDNER, CLERK
                  WESTERN DIVISION            BY_____
                                                              DEPUTY CLERK
IN RE                            )        CHAPTER 7
                                 )
CHAPLES, RICHARD LEE JR.         )        CASE NO. 08-71379-MLB
CHAPLES, DEBRA CAROLINE          )
                    Debtor(s).   )        Hon. MANUEL BARBOSA
```

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101

    On: Monday, January 26, 2009        Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                    $7,848.01

    Disbursements                                   $0.00

    Net Cash Available for Distribution         $7,848.01

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue *Trustee* | $0.00 | $1,534.80 | $0.00 |
| McGreevy Williams *Attorney for Trustee* | $0.00 | $775.00 | $28.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $22,233.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 24.7835%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Woman To Woman OB/GYN | $122.87 | $30.45 |
| 2 | Chase Bank USA | $327.73 | $81.22 |
| 3 | Chase Bank USA | $8,083.92 | $2,003.48 |
| 4 | Chase Bank USA, NA | $1,030.80 | $255.47 |
| 5 | Cabela's Club | $2,613.02 | $647.60 |
| 6 | PYOD LLC Its Successors And Assigns | $2,181.34 | $540.61 |
| 7 | PYOD LLC Its Successors And Assigns | $4,186.51 | $1,037.57 |
| 8 | PYOD LLC Its Successors And Assigns | $553.82 | $137.26 |
| 9 | Target National Bank | $2,121.25 | $525.72 |
| 10 | Recovery Management Systems Corpora | $1,012.08 | $250.83 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| Checking Account | $800.00 |
| Household goods and furnishings | $4,000.00 |
| Sports Equipment | $50.00 |
| IMRF | $402.99 |
| Retirement Fund | $15,440.44 |
| 1/2 Business Interest | $4,000.00 |
| 1998 Dodge Caravan | $3,625.00 |
| 2001 Chevrolet Silverado pickup | $11,000.00 |

Dated: December 12, 2008          /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jshores                Page 1 of 1                 Date Rcvd: Dec 24, 2008
Case: 08-71379                 Form ID: pdf002              Total Served: 37

The following entities were served by first class mail on Dec 26, 2008.
db           +Richard Lee Chaples, Jr,   129 S. Cross Trail,   McHenry, IL 60050-5476
jdb          +Debra Caroline Chaples,   129 S. Cross Trail,   McHenry, IL 60050-5476
aty           Daniel M Donahue,   P. O. Box 2903,   Rockford, IL   61132-2903
aty          +Scott A Bentley,   Law Office of Scott A. Bentley,   661 Ridgeview Drive,
               McHenry, IL 60050-7012
tr            Daniel Donahue,   P O Box 2903,   Rockford, IL   61132-2903
12261818     +Advocate Good Shepherd,   450 W Hwy 22,   Barrington, IL 60010-1919
12198023     +Blitt & Gaines,   o/b/o NIMC,   318 S. Adams Street, Ste 1600,   Chicago, IL 60606-5100
12580610     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12198024      Cabela's Club,   PO Box 82575,   Lincoln NE 68501-2575
12198025      Capital Recovery Service, Inc.,   o/b/o Coram,   PO Box 11537,   Jacksonville, FL 32239-1537
12198026     +Centegra - Northern Illinois Medical Ctr,   PO Box 1447,   Woodstock, IL 60098-1447
12198027     +Centegra Primary Care,   13707 W. Jackson Street,   Woodstock, IL 60098-3188
12198028     +Centegra/NIMC,   13707 W. Jackson Street,   Woodstock, IL 60098-3188
12198029      Chase Bank USA,   PO Box 15548,   Wilmington, DE 19886-5548
12609818     +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
12198030      Citibank USA,   PO Box 183081,   Columbus, OH 43218-3081
12198031      Computer Credit,   PO Box 5238,   Winston, Salem, NC 27113-5238
12198032     +Coram, Inc.,   PO Box 1250,   Fairfax, VA 22038-1250
12198033      Countrywide,   PO Box 650070,   Dallas, TX 75265-0070
12198034     +Exxon Mobil,   PO Box 688940,   Des Moines, IA 50368-8940
12198035      Harlem Furniture,   PO Box 659706,   San Antonio, TX 78265-9704
12198036      Home Depot,   PO BOX 589100,   Des Moines, IA 50368-9100
12198037     +KCA Financial Services,   628 N. Street PO Box 53,   Geneva, IL 60134-0053
12198039      Kohls,   PO Box 2983,   Milwaukee, WI 53201-2983
12198040     +McHenry Township Fire District,   PO Box 457,   Wheeling, IL 60090-0457
12198041      Midwest Diagnostic Pathology,   75 Remittance Dr., Ste. 3070,   Chicago, IL 60675-3070
12612373      PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12198042      Raymond Guy McDermott, DO,   8135 N. Milwaukee Avenue,   Niles, IL 60714-2828
12198043     +Rush University Medical Center,   21238 Network Place,   CHicago, IL 60673-1212
12618019     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12198044     +Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
12198045      Wachovia Dealer Services,   PO Box 35341,   Santa Ana, CA 92799-5341
12198046     +Woman to Woman OB/GYN,   260 Congress Parkway, Ste A,   Crystal Lake, IL 60014-6235

The following entities were served by electronic transmission on Dec 24, 2008.
12198021     +E-mail/Text: KM@ARCONCEPTSINC.COM                              A/R Concepts,
               33 W. Higgins Road, Suite 715,   S. Barrington, IL 60010-9103
12198022      E-mail/PDF: recoverybankruptcy@afninet.com Dec 24 2008 23:48:13     AFNI,   o/b/o Cingular,
               PO Box 3427,   Bloomington IL 61702-3427
12255549      E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2008 23:47:35     GE Money Bank,
               c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
               Miami FL 33131-1605
12644830     +E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2008 23:47:38
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12198038*    +KCA Financial Services,   628 N. Street PO Box 53,   Geneva, IL 60134-0053
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                    **Signature:** _Joseph Speetjens_