UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| RICHARD LEE CHAPLES, JR. and | ) | NO. 08-71379 |
| DEBRA CAROLINE CHAPLES, | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtors. | ) | |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_3-13-09_____          _____
DATE                            TRUSTEE

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this _16th_ day of _March_, 2009.

WILLIAM T. NEARY
United States Trustee

By: _Christine K. Miller_____
    Christine K. Miller
    Paralegal Specialist

Bank of America

```
CUSTOMER CONNECTION                      Account Number    4429751224
BANK OF AMERICA, N.A.                    01 01 148 06 M0000 E#      10
DALLAS, TEXAS  75283-2406                Last Statement:   01/30/2009
                                         This Statement:   02/27/2009

                                         Customer Service
                                         1-877-757-8233
ESTATE OF
CHAPLES, RICHARD LEE JR., DEBTOR
CHAPLES, DEBRA CAROLINE, DEBTOR          Page       1 of   2
DANIEL M. DONAHUE - TRUSTEE
08-71379                                 Bankruptcy Case Number:0871379
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 01/31/2009 - 02/27/2009    Statement Beginning Balance      5,510.21
Number of Deposits/Credits              0   Amount of Deposits/Credits            .00
Number of Checks                       10   Amount of Checks                 5,510.21
Number of Other Debits                  0   Amount of Other Debits                .00
                                            Statement Ending Balance              .00
Number of Enclosures                   10
                                            Service Charge                        .00
```

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 103 | 30.45 | 02/02 | 7492538077 | 108 | 540.61 | 02/06 | 6892572158 |
| 104 | 81.22 | 02/04 | 8592793430 | 109 | 1,037.57 | 02/06 | 6892572157 |
| 105 | 2,003.48 | 02/04 | 8592793429 | 110 | 137.26 | 02/06 | 6892572156 |
| 106 | 255.47 | 02/03 | 9430074986 | 111 | 525.72 | 02/04 | 8592793431 |
| 107 | 647.60 | 02/03 | 5892649235 | 112 | 250.83 | 02/02 | 7392697820 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/30 | 5,510.21 | 5,510.21 | 02/04 | 1,715.44 | 1,715.44 |
| 02/02 | 5,228.93 | 5,228.93 | 02/06 | .00 | .00 |
| 02/03 | 4,325.86 | 4,325.86 | 02/27 | .00 | .00 |